In the Matter of the Claim of FRANK HOTCHKISS, Appellant, against HOTEL SYRACUSE, INC., and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— This is an appeal from the decision of the State Industrial Board affirming the referee's action dismissing the claim of the claimant upon the grounds no causal relation existed causing the amputation of claimant's leg from injuries received in the course of his employment. The appellant maintains that the decision of the referee dismissing the claim and affirmed by the State Industrial Board is without foundation in evidence and is entirely contrary to the weight of evidence and should be reversed as a matter of law. There was a sharp conflict of medical evidence in this case, and there being a conflict of evidence, this court is unable to interfere with the decision reached. Decision unanimously affirmed. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of ETHEL COPELAND, Appellant, against GERRY SCHMUCKLER and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent. — Appeal from a decision of the State Industrial Board disallowing a claim for death benefits made by the widow of deceased employee. The claim was disallowed upon the ground that the accident did not arise out of and in the course of the employment. Decedent was employed as a chauffeur and handyman around the house. While attempting to pass from a small to a larger boat he was drowned. The proof showed that he had not been directed to board the boat, that he did not have any duties to perform on this boat and that when he was on this boat he was there as a guest rather than an employee. Decision unanimously affirmed. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.